PROB12A1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

REPORT OF OFFENDER NON-COMPLIANCE

| | |
|---|---|
| **Offender Name:** | Andrew John LEMES, III |
| **Docket Number:** | 2:01CR00352-01 |
| **Offender Address:** | Los Angeles, California |
| **Judicial Officer:** | Honorable Garland E. Burrell, Jr.<br>Chief United States District Judge<br>Sacramento, California |
| **Original Sentence Date:** | April 11, 2003 |
| **Original Offense:** | 18 USC 1347 - Health Care Fraud, Aiding and Abetting (CLASS C FELONY) |
| **Original Sentence:** | 21 months custody Bureau of Prisons; 3 years Supervised Release; $750,000 Restitution; $100 Special Assessment |
| **Special Conditions:** | Search; Financial restrictions; Financial disclosure; Drug/alcohol testing and treatment; Mental health treatment; Co-pay for treatment or testing |
| **Type of Supervision:** | Supervised Release |
| **Supervision Commenced:** | December 6, 2004 |
| **Assistant U.S. Attorney:** | Daniel S. Linhardt   **Telephone:** (916) 554-2700 |
| **Defense Attorney:** | David R. Reed (Appointed)   **Telephone:** (310) 854-5246 |
| **Other Court Action:** | None |

RE:   Andrew John LEMES, III
      Docket Number:   2:01CR00352-01
      <u>REPORT OF OFFENDER NON-COMPLIANCE</u>

---

## NON-COMPLIANCE SUMMARY

The purpose of this report is to advise the Court of an alleged violation of the terms of supervision. The Probation Officer has developed a plan to dispose of the alleged non-compliance with action less than revocation, and the Court is requested to approve the plan to address the non-compliance.

**1.   IRREGULAR FINE/RESTITUTION PAYMENTS**

**Details of alleged non-compliance:** The offender has been unable to establish and maintain a payment schedule to ensure full collection of restitution prior to expiration of supervision, and has an outstanding balance of $748,975. He has consistently made minimal payments toward his restitution balance based on his ability to pay. He is also in compliance with all other supervision terms and conditions. The supervising probation officer will continue collection efforts until expiration of supervision.

**United States Probation Officer Plan/Justification:** Based on the continued collection efforts of the United States Attorney's Financial Litigation Unit following this supervision term, it is the probation officer's recommendation the case be allowed to expire as scheduled on December 5, 2007.

RE:   Andrew John LEMES, III
      Docket Number:   2:01CR00352-01
      **REPORT OF OFFENDER NON-COMPLIANCE**


Respectfully submitted,

/s/ Deborah A. Spencer
**DEBORAH A. SPENCER**
**Supervising United States Probation Officer**
Telephone:  (916) 683-3322

**DATED:**   July 18, 2007
             Elk Grove, California
             DAS/cj

---

**THE COURT ORDERS:**

(X)   The Court Approves Probation Officer's Plan, and Orders No Further Action Be Taken At This Time.

( )   Submit a Request for Modifying the Conditions or Term of Supervision.

( )   Submit a Request for Warrant or Summons.

( )   Other:

**Dated:  July 24, 2007**

_/s/ Garland E. Burrell Jr._
**GARLAND E. BURRELL, JR.**
**United States District Judge**

RE:   Andrew John LEMES, III
      Docket Number:   2:01CR00352-01
      **REPORT OF OFFENDER NON-COMPLIANCE**


cc:   United States Probation
      Daniel S. Linhardt, Assistant United States Attorney
      David R. Reed, Appointed Federal Defender
      3699 Wilshire Boulevard, Suite 850
      Los Angeles, California 90010
      United States District Clerk (ED/CA)
      United States Attorney's Office Financial Litigation Unit (ED/CA)